UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCIS WOUKOP YOMI,

        Plaintiff,

   v.

DEPARTMENT OF THE NAVY, et al.,

        Defendants.

CASE NO. 3:23-CV-5199-BHS

REPORT AND RECOMMENDATION

Noting Date: April 21, 2023

Plaintiff Francis Woukop Yomi has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court RECOMMENDS as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, the Court recommends granting Plaintiff's IFP application.

(2) Under 42 U.S.C.2000e-16(c), the proper defendant in this matter is the Secretary of the Department of the Navy. *See Williams v. England*, 2007 WL 1184349, at *1 (W.D. Wash. Apr. 20, 2007); *Luat v. Mabus*, 2011 WL 6152285, at *3 (S.D.

Cal. Dec. 12, 2011) (stating the only proper defendant in a Title VII action against the federal government is "the head of the department, agency, or unit").

Therefore, the Court recommends this case only be allowed to proceed against the Department of the Navy and the remaining defendants, the Department of Justice and the United States Attorney's Office, be dismissed.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on April 21, 2023, as noted in the caption.

Dated this 5th day of April, 2023.

                                                   */s/ David W. Christel*
                                                   David W. Christel
                                                   Chief United States Magistrate Judge