UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FRANCIS WOUKOP YOMI, | CASE NO. C23-5199-KKE |
|---|---|
| Plaintiff(s), | ORDER STRIKING DISCOVERY MOTIONS |
| v. | |
| CARLOS DEL TORO, et al., | |
| Defendant(s). | |

The Court requires parties to request a discovery conference before filing discovery motions. *See* Dkt. No. 45 at 3. The Court therefore STRIKES the discovery motions filed by Plaintiff and Defendant (Dkt. Nos. 50, 52) and ORDERS the parties to comply with the Court's procedure for resolving discovery disputes. If the parties wish, they may file one six-page statement describing both disputes. *See* Dkt. No. 45 at 3.

Dated this 11th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING DISCOVERY MOTIONS - 1