UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS WOUKOP YOMI, | CASE NO. C23-5199-KKE |
| Plaintiff(s), | ORDER ON JOINT STATEMENT OF DISCOVERY DISPUTES |
| v. | |
| CARLOS DEL TORO, | |
| Defendant(s). | |

The parties submitted a joint discovery dispute statement addressing two disputes, which were discussed at a discovery conference on August 16, 2024. Dkt. Nos. 59, 63. This order memorializes the Court's oral rulings at that conference.

The parties' first dispute centers on Plaintiff's refusal to submit to a deposition without a court order to do so, on the grounds that he was already deposed in 2016 in the administrative proceeding that preceded this case. As explained at the hearing, Plaintiff has not yet been deposed in this case: *Yomi v. Del Toro*, No. C23-5199-KKE (W.D. Wash.). For purposes of Federal Rule of Civil Procedure 30(a)(1)(A)(ii), "the case" did not commence until Plaintiff filed a complaint in the U.S. District Court for the Western District of Washington. Therefore, Plaintiff has not yet been deposed in this case and Defendant is entitled to depose him as a party in this action without leave of the Court. *See* Fed. R. Civ. P. 30(a)(1). Although the discovery cutoff has already passed, the Court finds good cause to extend that deadline to compel Plaintiff to testify at a deposition to

be held remotely at a mutually agreeable date and time no later than August 30, 2024.  Defendant may file any discovery-related motion based on Plaintiff's deposition no later than September 4, 2024.

With respect to the parties' second dispute, which centers on Plaintiff's belief that Defendant has not fully responded to his discovery requests, Plaintiff may file a motion to compel no later than August 30, 2024.  Plaintiff's motion should address the authority to support his contention that Defendant has not fully responded to his discovery requests, even though Defendant claims to have already produced all responsive documents and information in its possession.  *See* Dkt. No. 59 at 6–7.  This dispute is not amenable to resolution in a discovery hearing and shall be resolved after the parties have fully briefed it.

Dated this 16th day of August, 2024.

Kymberly K. Evanson
United States District Judge