UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS WOUKOP YOMI,<br><br>                     Plaintiff(s),<br>   v.<br><br>CARLOS DEL TORO,<br><br>                    Defendant(s). | CASE NO. C23-5199-KKE<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

On August 16, 2024, the Court orally granted Defendant's request to depose Plaintiff and memorialized that oral ruling in a written order. *See* Dkt. Nos. 63, 64. Plaintiff filed a motion for reconsideration of the Court's oral ruling, suggesting that the Court had overlooked Federal Rule of Civil Procedure 30. Dkt. No. 65. The Court orally and in writing discussed that under Rule 30, Defendant is entitled to depose Plaintiff because he is a party and has not yet been deposed in "this case," which refers to *Yomi v. Del Toro*, No. C23-5199-KKE (W.D. Wash.). *See* Dkt. Nos. 63, 64.

Because Plaintiff has not shown that the Court erred in interpreting Rule 30 to compel him to testify at a deposition, the Court DENIES Plaintiff's motion for reconsideration (Dkt. No. 65). *See* Local Rules W.D. Wash. LCR 7(h)(1) ("The court will ordinarily deny [motions for reconsideration] in the absence of a showing of manifest error in the prior ruling or a showing of

ORDER DENYING MOTION FOR RECONSIDERATION - 1

new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

Dated this 21st day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2