UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FRANCIS WOUKOP YOMI, | CASE NO. C23-5199-KKE |
|---|---|
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| CARLOS DEL TORO, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiff's motion for summary judgment, which was filed on October 29, 2024. Dkt. No. 79. The dispositive motions deadline was September 9, 2024. *See* Dkt. No. 45. Plaintiff's dispositive motion is therefore untimely.

But because the Court afforded Plaintiff an opportunity to respond to Defendant's timely motion for summary judgment on October 29, the Court will construe Plaintiff's motion together with his response brief (Dkt. No. 80) as his oppositions to Defendant's motion. Plaintiff's motion (Dkt. No. 79) is therefore TERMINATED as a motion, but will be considered by the Court in

MINUTE ORDER - 1

conjunction with Defendant's motion.  Defendant may file a reply to both of Plaintiff's oppositions (Dkt. Nos. 79, 80) no later than November 5, 2024.

Dated this 30th day of October, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2