UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS WOUKOP YOMI,<br><br>                  Plaintiff(s),<br><br>   v.<br><br>CARLOS DEL TORO, et al.,<br><br>                  Defendant(s). | CASE NO. C23-5199-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

Plaintiff requests that the Court reconsider its order granting Defendant's motion for summary judgment. Dkt. No. 96. Although Plaintiff disagrees with the Court's conclusions, he has failed to identify a manifest error or new facts or evidence that were not brought to the Court's attention earlier. *See id*.

"A motion for reconsideration should not be used to ask a court to rethink what the court had already thought through—rightly or wrongly." *Nelson v. Thurston County*, No. C18-5184 RBL, 2019 WL 1489134, at *1 (W.D. Wash. Apr. 3, 2019) (citing *Defenders of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995)).

Because Plaintiff's motion fails to establish that reconsideration is warranted, the Court DENIES Plaintiff's motion for reconsideration. *See* Local Rules W.D. Wash. LCR 7(h)(1) ("Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION - 1

absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

Dated this 12th day of December, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION - 2